MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: ______________________
DATE FILED: October 19, 2026

Lindsay M. Trust, Esq. ltrust@osbornlawpc.com

October 19, 2026

**VIA ECF**

Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *Flynn v. Commissioner of Social Security*
Civil Action No. 1:26-cv-04997-ALC

Dear Judge Carter,

We write on behalf of our client, Michelle T. Flynn, and with the consent of Defendant, to respectfully request a 90-day extension of time to file Plaintiff's Brief, which is currently due on October 28, 2026 per the Court's Standing Scheduling Order. This is Plaintiff's first request for an extension. The reason for this request is that the undersigned requires additional time due to having numerous briefs and overlapping deadlines in the upcoming weeks.

After conferring with the defendant, the parties have agreed to the following amended scheduling order, subject to the Court's approval:

1. Plaintiff to file her brief on or before: **January 26, 2027**;

2. Defendant to file its brief on or before: **April 26, 2027**; and

3. Plaintiff to file her reply, if any, on or before: **May 10, 2027**.

43 West 43rd Street, Suite 131
New York, New York 10036

Telephone 212-725-9800
Facsimile 212-500-5115

trustlawpc.com
info@osbornlawpc.com

Thank you for your consideration of this request.

Respectfully submitted,

s/Lindsay M. Trust
Lindsay M. Trust
TRUST LAW, P.C.
43 West 43rd Street, Suite 131
New York, New York 10036
Telephone: 212-725-9800
Facsimile: 212-500-5115
ltrust@osbornlawpc.com

cc: Candace Brown Casey, Esq. (by ECF)

October 19, 2026

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE